PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: MUHAMMED, Kuan a/k/a Tyrone Rush                    Cr.: 94-00184-001
                                                                      PACTS #: 7853

Name of Assigned Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                     SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/14/1994

Original Offense:   Count One, Conspiracy to Commit Bank Fraud; Count Two, Bank Theft; and Counts
                    Three and Four, Engaging in Monetary Transactions in Property Derived from Specific
                    Unlawful Activity

Original Sentence: 78 months imprisonment; 3 years supervised release; $7,200 restitution payable at $150/month (modified); $200 special assessment

Special Conditions: 1) financial disclosure; 2) new debt restrictions; and 3) maintain full-time employment

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/19/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On/about October 22, 2019, Muhammed was arrested by the Essex County Sheriff's Office for violating the conditions of a restraining order. According to investigative reports, he attempted to contact an ex-girlfriend / the plaintiff by cellular telephone and social media. The charges remain pending and will likely reach resolution after Muhammed's scheduled completion date. |
| 2 | The offender has not been in full compliance with his financial obligation. As of the date of this Petition, he has satisfied $2,649.08 leaving an outstanding balance of $4,750.92. |

U.S. Probation Officer Action: Probation will present this document to Muhammed and recommends the case expire as scheduled. The noncompliance detailed within may be included in a violation report if the Probation Office deems fit and noncompliance continues. The restitution order remains imposed as a final judgement and the Financial Litigation Unit of the United States Attorney's Office will continue to pursue collection.

Respectfully submitted,
*Joseph Empirio/jj*
By: Joseph Empirio
    Senior U.S. Probation Officer

Date: 11/08/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time and Case to Expire as Scheduled - Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

11/12/19
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

SUZANNE GOLDA-MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

ELISA MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

November 8, 2019

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler, Senior U.S.D.J.
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: **MUHAMMED, Kuan**
**A/K/A: Tyrone Rush**
**Dkt. No.: 94-00184-001**
**Notice of Non-compliance –**
**Written Reprimand Recommended &**
**Recommendation for Expiration of Term**
**with Outstanding Restitution**

Dear Senior Judge Chesler:

On October 14, 1994, Kuan Muhammed was sentenced by The Honorable Alfred J. Lechner to 78 months imprisonment (to run consecutively to a state sentence) and a three-year term of supervised release for the offense of Count One, Conspiracy to Commit Bank Fraud; Count Two, Bank Theft; and Counts Three and Four, Engaging in Monetary Transactions in Property Derived from Specific Unlawful Activity. The offender was also ordered to pay a $200 special assessment, $7,200 restitution payable at $150/month, and abide by the following special conditions: 1) financial disclosure; 2) new debt restrictions; and 3) maintain full-time employment. Muhammed has been supervised by U.S. Probation since his release from custody on December 19, 2016.

On/about October 22, 2019, Muhammed was arrested by the Essex County Sheriff's Office for violating the conditions of a restraining order. This compliant, along with the restraining order, are pending disposition. According to investigative reports, the offender attempted to contact an ex-girlfriend / the plaintiff by cellular telephone and social media. Probation questioned Muhammed extensively and reviewed all available police and Court documents. Probation has been aware of this tumultuous relationship through ongoing communication with the offender.

Additionally, despite constant reminders and the reduction of the Court-ordered monthly payment amount, Muhammed has not been in full compliance with his financial obligation. As of the date of this petition, he has satisfied $2,649.08 leaving an outstanding balance of $4,750.92.